IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON T. YOUNG, | : | |
| Plaintiff, | : | Case No. 2:08-CV-741 |
| v. | : | Judge Holschuh |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant. | | |
| | : | |

## ORDER

On April 16, 2009, Magistrate Judge Abel issued a Report and Recommendation recommending that the Commissioner's decision denying Plaintiff's application for disability insurance benefits or supplemental security income be sustained. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so, but no objections have been filed. The Report and Recommendation (Doc. 19) is therefore **ADOPTED**. The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Date: May 13, 2009                          **/s/ John D. Holschuh**
                                                            John D. Holschuh, Judge
                                                            United States District Court